

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Tommy Rossa,

Vs. No. 11-18-00347-CV

Steven Seth Mahaffey,

\* From the 32nd District Court
of Nolan County,
Trial Court No. 19935.

\* November 7, 2019

\* Opinion by Wright, S.C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the trial court's order to the extent that it dismissed Tommy Rossa's defamation claim based on statements made by Steven Seth Mahaffey to his parents and to Scotty Self, and we remand that claim to the trial court for further proceedings. We affirm the trial court's order in all other respects. The costs incurred by reason of this appeal are taxed one-half against Tommy Rossa and one-half against Steven Seth Mahaffey.